UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>    Plaintiff,<br><br>    v.<br><br>RAGINGWIRE DATA CENTERS, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-07323-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 23 |

Counsel for the parties filed a notice that the parties have reached a settlement and anticipate that the Settlement Agreement and Release will be finalized and the settlement funds will be paid within the next 45 days. (Dkt. No. 23.) In light of the pending settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however, that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice. The case management conference presently scheduled for September 25, 2023 is hereby VACATED.

**IT IS SO ORDERED**.

Dated: September 18, 2023



SALLIE KIM
United States Magistrate Judge